**Opinion issued June 20, 2024**



**In The**

**Court of Appeals**

**For The**

**First District of Texas**

———————————

**NO. 01-23-00781-CV**

———————————

**IN RE S.A.R.S. TRUCKING LTD. AND FELIPE RODRIGUEZ, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, S.A.R.S. Trucking Ltd. and Felipe Rodriguez, filed a petition for writ of mandamus challenging the trial court's August 15, 2023 order denying their "Motion for Entry of New Docket Control Order, or in the Alternative, Motion for Leave to Late Designate Experts."[1]  Relators requested that this Court "grant them

---

[1]  The underlying case is *Janelle Solis, Individually, and on Behalf of Her Minor Children, I.C., A.S., S.G., and S.G. v. S.A.R.S. Trucking Ltd. and Felipe Rodriguez*, Case No. 2020-23445, in the 164th District Court of Harris County, Texas, the Honorable C. Elliot Thornton presiding.

mandamus relief [and] set[] aside [the trial court's] denial of their Motion for Leave to Late Designate" an expert witness, and to "requir[e] that such leave be granted."

In connection with their petition for writ of mandamus, relators filed a "Motion for Temporary Relief: Stay of Trial Proceedings," requesting that the Court stay trial in the underlying lawsuit pending this Court's resolution of the mandamus petition. On March 13, 2024, the Court granted the temporary relief requested by relators, staying the underlying lawsuit.

Our review of the mandamus petition reflects that relators have failed to establish that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and lift the stay imposed by our March 13, 2024 order. *See* Tex. R. App. P. 52.8(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.